UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-00056-RJC
(5:15-cr-00069-RJC-4)

| GUSTAVO YERA, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| vs. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) |  |
| Respondent. | ) |  |

**THIS MATTER** is before the Court on its own motion following the filing of the Government's Response to Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence. (Doc. No. 3.) In accordance with the principles articulated in Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court notifies Petitioner that he has a right to reply to the Government's Response. The Court also advises Petitioner that failure to reply may result in his § 2255 Motion to Vacate being denied or dismissed without further notice.

**IT IS, THEREFORE, ORDERED** that Petitioner shall have thirty (30) days from entrance of this Order to reply to the Government's Response. (Doc. No. 3.)

Signed: September 24, 2018

Robert J. Conrad, Jr.
United States District Judge